UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                    CASE NO. 8:10-CR-206-30-EAJ

RANDY RODRIGUEZ

### ORDER

Pursuant to Fed. R. Crim. P. 48(a), the United States has requested leave to dismiss the Indictment against Defendant RANDY RODRIGUEZ, without prejudice. Leave of Court is granted and the Indictment is dismissed against Defendant RANDY RODRIGUEZ, in the above-captioned case, without prejudice. The Clerk of Court is directed to close the case as to Defendant RANDY RODRIGUEZ.

Dated: 7 Aug. 2012

JAMES S. MOODY, JR.
United States District Judge